COMMONWEALTH of Pennsylvania, Respondent

v.

Dexter L. NEWSUAN, Petitioner

No. 356 EAL 2017

Supreme Court of Pennsylvania.

January 2, 2018

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Akil JOHNSON, Petitioner

No. 245 WAL 2017

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**